

# <u>Traffic Crash Receipt</u>

## Upper Merion Township Police Department
175 W. Valley Forge Road, King of Prussia, PA 19406  (610) 265-3232
Police Report Records (610) 265-0383

Police Report # 21-09376                     Date/Time 5/12/2021  1015 hours

Location N. Gulph Rd                     Investigating Officer D. Mease #2553
between 202 & Sears 52

Unit # 1    Operator Jordan Tyler Breslow

OLN/State PA 30600779    DOB 7/2/93    Phone # 215-206-3562

Address 314 S. Henderson Rd Unit G-103 KOP PA 19406
Passenger

Vehicle 2019 Porsche Macan Blue    Registration # PA KYW9495
YEAR/MAKE/MODEL/COLOR

VIN # WP1AB3A5XKLB33241    Damage D/S front wheel fender

Insurance Liberty Mutual    # AO1-281-678306-4008
COMPANY NAME & POLICY NUMBER


Unit # 2    Operator Tyheed Ramel Johnson

OLN/State PA 32126337    DOB 2/2/97    Phone # 267-994-3199

Address 1024 E. ████ Cliveden St Philadelphia PA 19119
Passenger

Vehicle 2014 Ford Fusion Gray    Registration # PA LLW9693
YEAR/MAKE/MODEL/COLOR

VIN # 3FA6P0H94ER3D821    Damage Passenger side

Insurance Progressive # 934512468
COMPANY NAME & POLICY NUMBER


Unit #    Operator _____

OLN/State _____ DOB _____ Phone # _____

Passenger _____

Vehicle _____ Registration # _____
YEAR/MAKE/MODEL/COLOR

VIN # _____ Damage _____

Insurance _____
COMPANY NAME & POLICY NUMBER





COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

EXPIRY: MAR 31, 2022     VALID: 04/29/21

PLATE:    LLW9693
TITLE:    82050914402 JO
VIN:    3FA6P0H94ER292824
YR/MAKE:    2014 FORD
TYPE:    SDN
   21119 1501 000047-001

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT   COUNTY: PHILADELPHIA

155004
TYHEED RAMEL JOHNSON
1024 E CLIVEDEN ST
PHILADELPHIA PA 19119

I hereby acknowledge this day that I have received
notice of the provisions of Section 3709 of the Vehicle
Code.

SIGNATURE

EXPIRY: JUL 31, 2021     VALID: 06/12/20

PLATE:
TITLE:
VIN:
YR/MAKE:    2019 PORSCHE
TYPE:    SW

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT   COUNTY: MONTGOMERY

JORDAN TYLER BRESLOW
HENDERSON RD





*002185*
Liberty Mutual Insurance Company
P.O. Box 515097
Los Angeles CA 90051-5097

## CONTACT US

Demarquis.Byrd@LibertyMutual.com

Toll-Free: (800) 225-2467
Fax: (888) 268-8840

Jordan Breslow
314 S Henderson Rd G-103
King Of Prussia, PA  19406-2449
US

**Liberty Mutual Insurance Company**
P.O. Box 515097
Los Angeles CA 90051-5097
United States

May 12, 2021

LibertyMutual.com

Liberty Mutual Mobile App

| | |
|---|---|
| Claim Number: | 045602545-03 |
| Date of Incident: | 05/12/2021 |
| Policy Number: | AO1-281-678306-40 |

RE: Important information about your auto claim

Dear Jordan Breslow,

Part of our commitment to you is keeping you informed at all times during the claim process. With that in mind, I wanted to confirm your auto coverages and disclose your consumer rights for the state of PA.

Please refer to the following attached information:
- Important details about your coverage
- Frequently asked questions

**We're Here to Help**
If you have any questions, please contact me directly and I'll be happy to help. I can assist you more quickly if you include your claim number in all communications. Thank you for trusting Liberty Mutual to protect you on the road.

Sincerely,

Demarquis Byrd
Claims Department

*All benefits described in this letter are subject to limitations as outlined in your policy. Please refer to your policy for definitions of these benefits and any exclusions that may apply. The information provided in this letter is intended to address frequently asked questions and is not a part of your policy. No waiver or estoppel is intended nor should be inferred.*



COVDISC_APD Auto Coverage Disclosure & FAQ 045602545-03

Page 1 of 6



**Manage your claim online, 24/7.**

Visit LibertyMutual.com/track-claim to:
- Track your claim status
- Upload photos and documents
- View claim payments and more



**Your Coverage Details**

Liability – This coverage pays for damages arising from property damage and/or bodily injury caused to others (for which you or any insured are legally responsible) because of an auto accident. Limitations to this coverage apply.

Transportation Expense – You may have coverage for a rental or other mode of transportation. Please contact me to determine whether or not this coverage applies to your claim.



# Frequently Asked Questions

*How does the claim process start?*
Your Claims Representative will contact you, and any other parties involved, to collect all the information we need to resolve your claim. In some instances, we may ask for your recorded statement to capture the details of the incident.

*How long will the claim process take?*
The amount of time it takes to resolve your claim varies, although it's always our goal to resolve it as quickly as possible.

*What if my vehicle was stolen and not recovered?*
A Total Loss Adjuster will contact you to explain how we determine the value of your vehicle. Once we determine the value, the Total Loss Adjuster will provide you with a detailed explanation of our evaluation.

*What if my vehicle is a total loss?*
Typically, a total loss means the cost to repair your vehicle is near its pre-accident value. If your vehicle is a total loss, a Total Loss Adjuster will contact you and provide you with a detailed explanation of our evaluation.

*How is a total loss determined?*
There are several factors that determine if your vehicle is a total loss, including:
- Severity of damage
- Vehicle age
- Vehicle condition
- Market value of vehicle before the accident
- Salvage value of the damaged vehicle

Some states have laws dictating how total loss must be calculated.

*If my vehicle is recovered, how will the damage to my vehicle be determined?*
Your Claims Representative or the Guaranteed Repair Network shop you have chosen will write an estimate for your damages. If your damage review has not already been scheduled, please contact your Claims Representative as soon as possible.

*What is the Guaranteed Repair Network?*
It is a partnership program between Liberty Mutual and selected collision repair facilities that meets or exceeds stringent industry standards. Using a Guaranteed Repair Network shop where available in your area provides the following benefits:
1. Convenience – With more than 2,000 shops nationwide, both the estimate and repair will be completed at a location near you.
2. Price – Repairs will be completed at negotiated rates so there are no surprises.
3. Quality – All Guaranteed Repair Network shops have been inspected and approved by Liberty Mutual and meet or exceed industry standards.
4. Guarantee – Your repairs are guaranteed for as long as you own the vehicle.

Please note the choice of repair shops is always yours, and you are under no obligation to use a recommended repair service. The amount for repairs, as determined by a Guaranteed Repair Network shop, will be payable to you whether or not you use their services. Liberty Mutual has no financial interest in any of our Guaranteed Repair Network shops.

*What if my vehicle is not drivable?*
Have your vehicle moved to a storage facility or repair shop of your choice and notify us of their information. Also, please let us know if your vehicle is in a location that's charging storage fees. Do not



authorize repairs until we've had a chance to review the damage to your vehicle and determine coverage and estimated repair costs.

**What do I do after I receive my estimate?**
If you're uncertain about which repair facility to select, please contact your Claims Representative for assistance. Remember, the choice of repair shops is yours. The shop will schedule your repairs and or any necessary parts. Please confirm that the shop has received the parts before dropping off your vehicle for repairs.

**How is payment made?**
Liberty Mutual will issue a check for the repair costs minus any applicable deductible. If you have a lienholder on your vehicle, we will issue the payment to you and your repair shop of choice. If you haven't selected a shop, we will issue payment to you and your lienholder.

If you choose a Guaranteed Repair Network shop, we will send the payment for repairs directly to that shop. You are responsible for any applicable deductible or any cost of repairs that are not related to your claim. These payments should be made directly to the shop.

We recommend that you thoroughly inspect your vehicle when you pick it up to make sure you're satisfied with the repairs. If you have any concerns about the repairs, tell the repair shop first. Then, if you're not satisfied with their response, contact your Claims Representative.

In your state, and subject to your degree of liability for this accident, you may have the right to recover certain incurred Out-of-Pocket expenses directly from the responsible party's insurance carrier. This relates to those expenses not normally covered by your policy. Please retain any receipts should you incur an Out-of-Pocket expense. If we identify a recovery opportunity, a Recovery team member will reach out with more information on how we can assist you in the process.

**What if additional damage is found after the initial estimate?**
If the repair shop finds additional or hidden damage, or writes a higher estimate, they should contact Liberty Mutual. If necessary, Liberty Mutual will work with your shop to make sure the estimate is updated. Any additional approved payments will be issued directly to the shop.

**Does my insurance pay for a rental vehicle while my vehicle is in the shop?**
Your rental policy has a daily and maximum limit. It's your responsibility to pay any costs that exceed these limits. You're also responsible for paying for the following:
- Any expenses that are incurred after your repairs are complete
- Fueling charges
- Loss damage waivers (additional rental vehicle insurance)
- Insurance or fees charged for underage drivers (typically, drivers younger than 25)

**Will I need to give the rental company a deposit?**
The rental company may require a deposit by credit card or cash. Please contact the rental company directly to discuss these options.

**How long can I keep my rental if my vehicle is a total loss?**
Your rental will end following a reasonable time period after we've notified you of the value of your vehicle, or when your overall rental limit is exhausted, whichever comes first. As a result, our payment will also be limited to that period of time reasonably required to repair or replace the auto. This same information also applies if your vehicle was stolen and not recovered.

COVDISC_APD Auto Coverage Disclosure & FAQ 045602545-03



***How long can I keep my rental vehicle if my vehicle is repairable?***
The amount of time we will pay for a rental vehicle is based on how long the repair will take. This time period is listed under "days to repair" on the estimate you receive.

***When does the rental period begin?***
Your rental begins the day repairs are scheduled to start and after the parts are received by the repair shop. We recommend that you schedule repairs early in the week to avoid delays. The rental period does not include unnecessary delays such as:
- Vehicle owner fails to notify us of the vehicle recovery location in a timely manner.
- Vehicle owner fails to release the vehicle from a tow yard in a timely manner.
- Vehicle owner does not authorize the shop to start repairs.
- Repair shop fails to secure the necessary parts ahead of time when the vehicle is safe to drive.
- Repair shop delays the completion of the repairs or release of the vehicle when the repairs have been completed.

***How can I help the process run smoothly?***
- If your vehicle is safe to drive, don't leave it for repairs until the parts have been delivered to the shop.
- If your vehicle is not drivable or is not safe to drive, make sure it is taken to a repair shop that can start the repairs immediately. Of course, you can use any shop you choose.
- Schedule repairs early in the week to avoid delays.
- Make sure your estimate is written and approved by Liberty Mutual.

***My vehicle is in the shop. What now?***
Check with the repair shop frequently to make sure the repairs related to your claim will be completed promptly. If additional time is needed, please notify your Claims Representative to review your rental needs.

***My stolen vehicle had a child safety seat in it. What should I do?***
Notify us. We may ask you for a receipt or some other proof of purchase.

Progressive Causalty Ins. Co

Claim # 212 383 107



COMMONWEALTH OF PENNSYLVANIA INSURANCE DEPARTMENT
BUREAU OF CONSUMER SERVICES
1209 Strawberry Square, Harrisburg, PA 17120
Telephone: (717) 787-2317
Toll Free: 1-877-881-6388 - Fax: (717) 787-8585

June 21, 2021

Jordan Tyler Breslow
314 S Henderson Rd, Unit G103
King Of Prussia, PA  19406-2449

Re: Complaint Against: PROGRESSIVE CASUALTY INSURANCE COMPANY
Complaint ID No: 21-176-259750
Assigned to: Holly Lehman
　　　　　　　Consumer Services
　　　　　　　717-783-0650
　　　　　　　holehman@pa.gov

Thank you for contacting the Insurance Department regarding your complaint against
PROGRESSIVE CASUALTY INSURANCE COMPANY.  Your complaint has been
received by the Bureau of Consumer Services and has been assigned to the person above for
investigation.

It is our goal to assist you in resolving your complaint **within 30 days**.  Additional time may
be needed depending upon the facts.  We will attempt to keep you advised of significant
developments as your case progresses.

If your complaint has been resolved or if you have additional information that would have a
bearing on your complaint, please contact the investigator assigned to your case.  In order for
us to handle your complaint more efficiently, we encourage you to submit such information
in writing.  When contacting your investigator, please refer to the file number above.

On behalf of the Insurance Commissioner, we thank you for bringing this matter to our
attention.  We hope to be of assistance in resolving your complaint.

Bureau of Consumer Services
Harrisburg Regional Office

---

**Are you a veteran of the United States Army, Navy, Air Force, Marine Corps or Coast Guard?**
If yes, you are eligible for the Pennsylvania Veteran's Registry which connects Pennsylvania veterans to state
and federal benefits and programs to which you are eligible. You may register as a Pennsylvania Veteran by
going to the following website https://register.dmva.pa.gov/ or call us at 1-877-881-6388 to request a copy of
the PA Veterans Registry Form. When completing the registry form, please indicate that Insurance Department
referred you to the Registry.

# Identification Cards

Please place your card(s) in your vehicle(s) and/or save to your device.

---

**PENNSYLVANIA FINANCIAL RESPONSIBILITY IDENTIFICATION CARD**

**Liberty Mutual INSURANCE**

**POLICY INFORMATION**
Policy Number
AO1-281-678306-40 0 8

Name of Insured
JORDAN BRESLOW
314 S HENDERSON RD G-103
KING OF PRUSSIA PA 19406-2449
Policy Effective Date
12/26/2020

**VEHICLE INFORMATION**
Year 2019
Make PORSCHE
Model MACAN
Vehicle Identification Number
WP1AB2A5XKLB33241

**CONTACT US**
To report a claim
1-800-2CLAIMS
(1-800-225-2467)
Customer service
1-800-225-8285

NOT VALID MORE THAN 1 YEAR FROM POLICY EFFECTIVE DATE
Company Name: LIBERTY MUTUAL INSURANCE CO.
NAIC Number: 23043

PMKT 531 04 14

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

**PENNSYLVANIA FINANCIAL RESPONSIBILITY IDENTIFICATION CARD**

**Liberty Mutual INSURANCE**

**POLICY INFORMATION**
Policy Number
AO1-281-678306-40 0 8

Name of Insured
JORDAN BRESLOW
314 S HENDERSON RD G-103
KING OF PRUSSIA PA 19406-2449
Policy Effective Date
12/26/2020

**VEHICLE INFORMATION**
Year 2019
Make PORSCHE
Model MACAN
Vehicle Identification Number
WP1AB2A5XKLB33241

**CONTACT US**
To report a claim
1-800-2CLAIMS
1-800-225-2467)
Customer service
1-800-225-8285

NOT VALID MORE THAN 1 YEAR FROM POLICY EFFECTIVE DATE
Company Name: LIBERTY MUTUAL INSURANCE CO.
NAIC Number: 23043

PMKT 531 04 14

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

**Liberty Mutual INSURANCE**

**IMPORTANT NOTICE Regarding Your Financial Responsibility Insurance Identification Card.**

Our Company is required by Pennsylvania law to send you an I.D. card. The card shows that an insurance policy has been issued for the vehicle(s) described satisfying the financial responsibility requirements of the law.

The I.D. card information may be used for vehicle registration and replacing license plates. If your liability insurance policy is not in effect, the I.D. card is no longer valid.

You are required to maintain financial responsibility on your vehicle. It is against Pennsylvania law to use the I.D. card fraudulently such as using the card as proof of financial responsibility after the insurance policy is terminated.

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

**Liberty Mutual INSURANCE**

**WHAT TO DO IN CASE OF AN ACCIDENT**

1. When possible, move your vehicle out of harm's way (if allowed by local law) and turn off the ignition.
2. Call for medical assistance if necessary.
3. Contact the police. A police report will help to protect you from potential liability claims and legal action.
4. Exchange the following information with involved parties:
   • Names • Driver's license numbers • Addresses
   • Insurance company information
5. Note weather and road conditions.
6. Record the names and telephone numbers of any witnesses.
7. Contact Liberty Mutual immediately to report the accident.

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

PMKT 531 04 14

AO12816783064000000000000



**Questions about your Policy?**
Call 1-800-225-8285

**Policy Number:**
AO1-281-678306-40 0  8

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/claims





**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
## Total Annual Premium:* $1,566.00

$ Save an estimated $24 annually by switching to Paid-in-Full

Policy Declarations

**Bill Frequency: Monthly    Installment Fee Per Payment: $2.00**
*Total Annual policy premium above does not include installment fees.

Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Jordan Breslow | Policy Number: | AO1-281-678306-40 0  8 |
| Mailing Address: | 314 S Henderson Rd G-103 King of Prussia PA 19406-2449 | Policy Period: | Coverage begins at the later of: (1) 12:01 AM on **12/26/2020**, or (2) The time that the application for insurance is submitted and the policy is bound. No coverage is provided prior to the policy being bound. Coverage will expire at 12:01 AM on **12/26/2021** |
| | | Declarations Effective: | 12/26/2020 |

### Vehicles Covered by Your Auto Policy

| | YEAR | MAKE | MODEL | VEHICLE ID NUMBER |
|---|---|---|---|---|
| 1 | 2019 | PORSCHE | MACAN | WP1AB2A5XKLB33241 |

### Driver Information

| | NAME | STATE | NAME | STATE |
|---|---|---|---|---|
| 1 | Jordan Breslow | PA | | |

**To ensure proper coverage, please contact us to add drivers not listed above.**

## DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your Total Annual  Policy Premium.

### Vehicle Discounts

| | VEH 1 2019 PORSCHE MACAN |
|---|---|
| RightTrack® Discount | • |
| Vehicle Safety Discount | • |



**pennsylvania**
INSURANCE DEPARTMENT

June 28, 2021

JORDAN TYLER BRESLOW
314 S. HENDERSON RD UNIT G103
KING OF PRUSSIA PA 19406-2449

Re:    Complainant: Jordan Breslow
       Policy Number: AO128167830640
       Claim Number: 045602545
       Company: Liberty Mutual Insurance Company
       Our File Number: 21-176-259554

Dear Mr. Breslow:

The Insurance Department has concluded its review of the complaint related to the claim you filed with Liberty Mutual Insurance Company.

Liberty Mutual reports this loss occurred on May 12, 2021 when you reported your vehicle was sideswiped. The claim investigation revealed you do not carry collision coverage. Therefore, Liberty explained there is no coverage for your vehicle.

On June 16, 2021, Liberty Mutual contacted Progressive to discuss the claim. Progressive confirmed this is a word versus word claim. Progressive confirmed there was no video footage and had conflicting statements regarding the sideswipe. Progressive stated they would not be covering damages to your vehicle.

Liberty Mutual stands by their claim decision as there is no collision coverage to pay for damages or to subrogate or move forward with arbitration. A copy of the insurance company's response to the Department is enclosed.

The Insurance Department has no legal authority to settle or mediate claims. Because claim determinations are not within our jurisdiction, we can only ask the company to review and provide information. Sometimes, as a result of our contact and the review, a company will change the claim decision. However, if they maintain their position, then there is nothing more we can do to assist you. **Your recourse in that instance would be to file suit in the court of competent jurisdiction and have a judge rule on the matter; the Insurance Department cannot take that role.**

We appreciate the opportunity to review your concern and regret that we could not be of more assistance. Thank you for bringing this matter to our attention.

Sincerely,

*Holly Lehman*

Holly Lehman
Consumer Services
717-783-0650

---

*The Insurance Department's Bureau of Consumers Services reviews consumer complaints that may relate to the insurance laws of the Commonwealth. This letter is intended solely to provide you with the results of our efforts responding to your recent inquiry. It does not affect any other legal rights or remedies you may have, including any ability you may have to seek relief in court or some other forum. Further, be advised that this communication does not constitute an adjudication under the Administrative Agency Law.*



**Liberty Mutual**

Global Retail Markets
Presidential Service Team
175 Berkeley Street
Boston, MA 02116
Phone: (469)242-8977
Fax:    (603) 422-7900

June 15, 2021

Holly Lehman
Pennsylvania Department of Insurance
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA  17120

| | | |
|---|---|---|
| Re: | Complainant/Insured: | Jordan Tyler Breslow |
| | Claimant: | Tyheed Johnson |
| | DOI File Number: | 21-176-259554 |
| | Claim Number/Date of Loss: | 045602545/05/12/2021 |
| | Policy Number: | AO128167830640 |
| | Company, NAIC #: | Liberty Mutual Insurance Company NAIC 0111-23043 |
| | Line of Coverage: | Personal Auto |
| | State: | PA |

Dear Holly Lehman:
The insured expressed concern with the level of service received. He requested we assist with his damage and contact the claimant's carrier Progressive Insurance (Progressive) to assist with the settlement.

**Results of Our Review**
- On May 12, 2021, the insured reported a claim for damage to his 2019 Porsche Macan. He stated the claimant entered his lane of travel and sideswiped his vehicle.  We discussed there was no applicable coverage for the damages to his vehicle.
- The insured does not carry collision coverage.
- From May 18, 2021 through May 28, 2021, the insured contacted us to check status of the claim.
- On May 24, 2021, the insured filed a complaint with the Department of Insurance requesting we assist with appraisal through Progressive.
- On May 31, 2021, we explained to the insured we were unable to cover the damages as he does not have collision coverage on the vehicle.

**Current Status**
On June 16, 2021, we spoke with Progressive and they confirmed this was a word versus word claim. They confirmed there was no video footage and they had conflicting statements regarding the sideswipe. Progressive advised they would not cover the damages to our insured's vehicle.  The same day, we spoke to the insured and he stated Progressive told him Liberty Mutual needed to go through arbitration. We explained the coverages and the insured confirmed he is aware that he does not have collision coverage.

As there is no collision coverage, we are unable to pay for any damage, subrogate or move forward with arbitration as there is no coverage for our insured's damages under the policy. Regarding the level of service, we appreciate the feedback and it was provided to management to review.

If you have any questions or need anything further, please contact me.

Respectfully,

Olivia Sarraga
Senior Customer Advocate
469-242-8977
Olivia.Sarraga@LibertyMutual.com

Enclosures: Policy Outlining Coverages