# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN TYLER BRESLOW** | : CIVIL ACTION |
| v. | : |
| **TYHEED RAMEL JOHNSON, LIBERTY MUTUAL INSURANCE COMPANY and PROGRESSIVE CASUALTY INSURANCE COMPANY** | : NO. 21-2936 |

## ORDER

**NOW,** this 7th day of July, 2021, upon consideration of the plaintiff's Complaint (Document No. 1), it is **ORDERED** that this action is **DISMISSED**[1] for lack of subject matter jurisdiction.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] Dismissal is without prejudice to the plaintiff's right to file an action in the state court.